IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 12-1490 (GMS) ) |
| ACCORD HEALTHCARE, INC., | ) ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Millennium Pharmaceuticals, Inc. and Defendant Accord Healthcare, Inc. subject to the approval of the Court, that the time within which the parties shall file a joint proposed protective order is extended through and including April 4, 2013. The reason for the extension is to provide counsel additional time to resolve the remaining issues.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Adam W. Poff* |
| Jack B. Blumenfeld (#1014) | Adam W. Poff (#3990) |
| Maryellen Noreika (#3208) | Monté T. Squire (#4764) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@mnat.com | apoff@ycst.com |
| mnoreika@mnat.com | msquire@ycst.com |
| *Attorneys for Plaintiff Millennium Pharmaceuticals, Inc.* | *Attorneys for Defendant Accord Healthcare, Inc.* |

SO ORDERED this _____ day of March 2013.

_____
J.