IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-1490 (GMS)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Disclosures Pursuant to District of Delaware Default Standard for Discovery Paragraph 4(a)* were caused to be served on March 28, 2013 upon the following in the manner indicated:

Adam W. Poff, Esquire                                                                *VIA ELECTRONIC MAIL*
Monté T. Squire, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Accord Healthcare, Inc.*

Neil F. Greenblum, Esquire                                                       *VIA ELECTRONIC MAIL*
Michael J. Fink, Esquire
Paul A. Braier, Ph.D., Esquire
P. Branko Pejic, Esquire
Jill M. Browning, Esquire
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
*Attorneys for Accord Healthcare, Inc.*

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      /s/ Maryellen Noreika

                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      mnoreika@mnat.com

OF COUNSEL:                           *Attorneys for Plaintiff*

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Robert M. Galvin
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

March 28, 2013
6869882.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 28, 2013, upon the following in the manner indicated:

Adam W. Poff, Esquire                                                          *VIA ELECTRONIC MAIL*
Monté T. Squire, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Accord Healthcare, Inc.*

Neil F. Greenblum, Esquire                                                     *VIA ELECTRONIC MAIL*
Michael J. Fink, Esquire
Paul A. Braier, Ph.D., Esquire
P. Branko Pejic, Esquire
Jill M. Browning, Esquire
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
*Attorneys for Accord Healthcare, Inc.*

_____
Maryellen Noreika (#3208)