IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1490 (GMS) |
| ACCORD HEALTHCARE, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Millennium Pharmaceuticals, Inc. and Defendant Accord Healthcare, Inc. subject to the approval of the Court, that the time within which the parties shall file a joint proposed protective order is further extended through and including April 11, 2013. The reason for this request is to permit the parties to continue to seek to resolve or narrow any remaining issues in dispute.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Adam W. Poff* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Adam W. Poff, Esquire (#3990)<br>Monté T. Squire, Esquire (#4764)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>msquire@ycst.com |
| *Attorneys for Plaintiff Millennium Pharmaceuticals, Inc.* | *Attorneys for Accord Healthcare, Inc.* |

SO ORDERED this _____ day of April 2013.

_____
                          J.