# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., <br>    Plaintiff, <br>   v. <br><br> SANDOZ, INC., ACCORD HEALTHCARE, INC., AND ACTAVIS LLC., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  12-1490-GMS |

**<u>CONFIDENTIALITY UNDERTAKING</u>**

I, _____, being duly sworn, state that:

(a) My present residential address is:

_____.

(b) My present employer is:

_____.

and the address of my present employer is:

_____.

(c) My present occupation or job description is:

_____

_____.

(d) I have received and carefully read the Stipulated Protective Order in the above captioned case, entered by the Court on April \_\_\_, 2013. I certify that I understand the terms of that Protective Order, recognize that I am bound by the terms of that Order, and agree to comply with

those terms. Further, I understand that unauthorized disclosure of any Designated CONFIDENTIAL INFORMATION, or its substance, may constitute contempt of this Court and may subject me to sanctions or other remedies that may be imposed by the Court and potentially liable in a civil action for damages by the disclosing party.

(e)     I understand that the CONFIDENTIAL INFORMATION disclosed to me is subject to various restrictions of use and disclosure, including the restriction that they are to be used solely in connection with this litigation, and not for any business or other purpose whatsoever.

(f)     I agree not to use any CONFIDENTIAL INFORMATION disclosed to me pursuant to the Order except for purposes of the above-captioned case and I agree not to disclose any such CONFIDENTIAL INFORMATION to persons other than those specifically authorized by said Order, without the express written consent of the party who designated such document and/or information as being CONFIDENTIAL or by order of this Court. I also agree to notify any stenographic, clerical or technical personnel who are required to assist me of the terms of said Order.

(g)     I understand that I am to retain all documents and/or information designated CONFIDENTIAL in a secure manner, and that all such documents and information are to remain in my personal custody until the completion of my assigned duties in this matter, whereupon all such documents and/or materials, including all copies thereof, and any writing prepared by me containing any CONFIDENTIAL INFORMATION are to be returned to counsel who provided me with such documents and materials.

(h)     I agree to submit to the jurisdiction of the United States District Court for the District of Delaware for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this Litigation.

I declare under the penalty of perjury that the foregoing is true and correct.


Dated: _____

                                                             Name: _____