IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SANDOZ, INC., ) | C.A. No. 1:12-cv-01011–GMS |
| Defendant. ) | |
| ) | |
| ) | |
| MILLENNIUM PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ACCORD HEALTHCARE, INC., ) | C.A. No. 1:12-cv-01490-GMS |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| MILLENNIUM PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ACTAVIS LLC f/k/a ACTAVIS INC., ) | C.A. No. 1:12-cv-01750-GMS |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 15, 2013, copies of 1) *Defendant Accord Healthcare, Inc.'s Disclosures Pursuant to District Court of Delaware Default Standard for Discovery Paragraph 3* and 2) *Initial Disclosures of Accord Healthcare, Inc. Pursuant to Fed. R. Civ. Pro. 26(a)(1)* were caused to be served upon the following counsel in the manner indicated below:

**BY E-MAIL**

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

William F. Lee, Esquire
Lisa J. Pirozzolo, Esquire
Emily R. Whelan, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com

Robert M. Galvin, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304
robert.galvin@wilmerhale.com

*Attorneys for Plaintiff*

PLEASE TAKE FURTHER NOTICE that on April 15, 2013, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to counsel of record and served by e-mail on the above-listed counsel.

| | |
|---|---|
| DATE: April 15, 2013 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

                                    */s/ Monté T. Squire*
                                    Adam W. Poff (No. 3990)
                                    Monté T. Squire (No. 4764)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, DE 19801
                                    *apoff@ycst.com*
                                    *msquire@ycst.com*

                                    *Attorneys for Accord Healthcare, Inc.*