IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1490 (GMS) |
| ACCORD HEALTHCARE, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiff's Initial Disclosures*

*Pursuant to District of Delaware Default Standard for Discovery Paragraph 3*; and (2) *Plaintiff*

*Millennium Pharmaceuticals, Inc.'s Rule 26(a) Initial Disclosures* were caused to be served on

April 15, 2013upon the following in the manner indicated:

Adam W. Poff, Esquire                                                    *VIA ELECTRONIC MAIL*
Monté T. Squire, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Accord Healthcare, Inc.*

Neil F. Greenblum, Esquire                                               *VIA ELECTRONIC MAIL*
Michael J. Fink, Esquire
Paul A. Braier, Ph.D., Esquire
P. Branko Pejic, Esquire
Jill M. Browning, Esquire
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191
*Attorneys for Accord Healthcare, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Robert M. Galvin
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

April 15, 2013
6869882.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 15, 2013, upon the following in the manner indicated:

Adam W. Poff, Esquire                                          *VIA ELECTRONIC MAIL*
Monté T. Squire, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Accord Healthcare, Inc.*

Neil F. Greenblum, Esquire                                    *VIA ELECTRONIC MAIL*
Michael J. Fink, Esquire
Paul A. Braier, Ph.D., Esquire
P. Branko Pejic, Esquire
Jill M. Browning, Esquire
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191
*Attorneys for Accord Healthcare, Inc.*

*/s/ Maryellen Noreika*

_____

Maryellen Noreika (#3208)