IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01011-GMS |
| | ) | (Consolidated) |
| SANDOZ, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:12-cv-01490-GMS |
| | ) | |
| ACCORD HEALTHCARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that Monté T. Squire, Esquire is withdrawing his appearance on behalf of Defendant Accord Healthcare, Inc. ("Accord") in these actions. Defendant Accord continues to be represented by the law firm of Young Conaway Stargatt & Taylor, LLP, undersigned counsel and *pro hac vice* counsel.

DATE:  November 23, 2015

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

 /s/ Adam W. Poff
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
*apoff@ycst.com*

*Attorneys for Accord Healthcare, Inc.*

OF COUNSEL:

GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Paul A. Braier, Ph.D.
Jill M. Browning
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191
*ngreenblum@gbpatent.com*
*mfink@gbpatent.com*
*bpejic@gbpatent.com*
*pbraier@gbpatent.com*
*jbrowning@gbpatent.com*

2

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on November 23, 2015, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

Steven J. Fineman, Esquire
Jason J. Rawnsley, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant Actavis LLC*

John C. Phillips, Jr. , Esquire
Megan C. Haney, Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendant Sandoz Inc.*

I further certify that on November 23, 2015, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

William F. Lee, Esquire
Lisa J. Pirozzolo, Esquire
Emily R. Whelan, Esquire
Jason H. Liss, Esquire
Vinita Ferrera, Esquire
Anna E. Lumelsky, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com
jason.liss@wilmerhale.com
vinita.ferrera@wilmerhale.com
anna.lumelsky@wilmerhale.com

Robert M. Galvin, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304
robert.galvin@wilmerhale.com

*Attorneys for Plaintiff*

Gary E. Hood, Esquire
Mark T. Deming, Esquire
Christine M. Cochran, Esquire
Polsinelli PC
161 North Clark Street, Suite 4200
Chicago, IL  60601
ghood@polsinelli.com
modeming@polsinelli.com
ccochran@polsinelli.com

Pamela Fekete, Esquire
Polsinelli PC
805 Third Avenue, Suite 2020
New York, NY 10022
pfekete@polsinelli.com

Robyn Ast-Gmoser, Esquire
Polsinelli PC
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
rast@posinelli.com

*Attorneys for Defendant Actavis LLC*

Raymond C. Perkins, Esquire
Kathleen B. Barry, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
rperkins@winston.com
kbarry@winston.com

John K. Hsu, Esquire
Michelle Munoz Durk, Esquire
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
jhsu@winston.com
mdurk@winston.com

*Attorneys for Defendant Sandoz Inc.*

Dated:  November 23, 2015          YOUNG CONAWAY STARGATT
                                              & TAYLOR, LLP

                                    */s/ Adam W. Poff*
                                    Adam W. Poff (No. 3990)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, DE 19801
                                    *apoff@ycst.com*

                                    *Attorneys for Defendant Accord Healthcare, Inc.*

3